UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERCURY CASUALTY COMPANY, | Case No.2:23-CV-2082  JCM (EJY) |
| Plaintiff(s), | |
| v. | ORDER |
| HAIYAN XU, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Mercury Casualty Company ("plaintiff")'s motion to dismiss.  (ECF No. 14).[1]  Defendant Haiyan Xu and Victoria Harbor Investments, LLC (collectively, "defendants") did not respond.

This case revolves around an insurance coverage dispute.  When the parties could not be privately resolved, litigation was initiated in the Eighth Judicial District Court of Nevada.  (ECF No. 14 at 3).  Plaintiff subsequently filed for a declaratory judgment in this court.  (ECF No. 1).

On or about April 15, 2025, the state court action was dismissed with prejudice pursuant to a stipulation following mediation.  (ECF No. 14 at 3).  Plaintiff states that the state court dismissal renders its declaratory judgment action moot.  (*Id.*)  Additionally, the defendants in this action have failed to appear and defend themselves.

Pursuant to Local Rule 7-2, "[t]he failure of an opposing party to file points and authorities in response to any motion … constitutes a consent to the granting of the motion."  Defendants have

. . .

---

[1] The court reminds plaintiff that in the future, all filed documents must comply with Local Rule 10-1(a)(5)'s page numbering requirement.  Although here, the issue is minor and does not affect the court's decision, "[t]he court may strike any document that does not conform to an applicable provision" of the local rules.  Local Rule 10-2(d).

not responded to plaintiff's motion, and thus the court considers defendants' silence as consent to grant plaintiff's motion.

Further, Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits the plaintiff to voluntarily dismiss its claims before the opposing party serves an answer or a motion for summary judgment. Here, defendants have done neither.  Accordingly, the court grants plaintiff's motion to dismiss.

**I.     Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to dismiss (ECF No. 14) be, and the same hereby is, GRANTED.

DATED January 6, 2026.

_____
UNITED STATES DISTRICT JUDGE